UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

Civil No. 10-11779
Honorable Robert H. Cleland
Magistrate Mark A. Randon

vs.

1942 WILLYS JEEP, S/N MB 144281,

           Defendant *in Rem*,

_____/

## ORDER DISMISSING CLAIM OF CLAIMANT HELEN R. GULLEY

Upon the United States' Amended Suggestion of Death Upon the Record, and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that the claim of Claimant Helen R. Gulley, deceased, is dismissed with prejudice.

           S/Robert H. Cleland
           ROBERT H. CLELAND
           UNITED STATES DISTRICT JUDGE

Dated: March 7, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 7, 2012, by electronic and/or ordinary mail.

           S/Lisa Wagner
           Case Manager and Deputy Clerk
           (313) 234-5522