UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

Civil No. 10-11779
Honorable Robert H. Cleland
Magistrate Mark A. Randon

vs.

1942 WILLYS JEEP, S/N MB 144281,

          Defendant *in Rem*,
_____/

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE AS TO
ONE 1942 WILLYS JEEP, S/N MB 144281**

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, now, therefore:

IT IS HEREBY ORDERED that the Plaintiff's Motion to Lift Stay of Proceedings and for Entry of Default Judgment and Final Order of Forfeiture is GRANTED.

IT IS FURTHER ORDERED that the defendant *in rem*, identified as follows,

      **ONE 1942 WILLYS JEEP, S/N MB 144281**

(defendant vehicle) IS FORFEITED to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C);

IT IS FURTHER ORDERED that the right, title, and ownership interests of Helen R. Gulley, deceased, and the right, title, and ownership interests her estate, and all other persons, and

their successors and assigns, are hereby and forever EXTINGUISHED, and that clear title to the defendant vehicle is hereby VESTED in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service is hereby AUTHORIZED to dispose of the defendant vehicle according to law.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 27, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522